UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN GAMEZ-GARCIA, MARIA ELENA GAMEZ-GARCIA, and MARITZA LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>JAIME CANIZAL-HERNANDEZ and LOURDES CANIZAL, individually and together dba CARNITAS MICHOACAN,<br><br>Defendants. | Case No.: 16-CV-00343 NC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE INITIAL CMC AND ALL ASSOCIATED DEADLINES FOR SIXTY DAYS |

BASED ON PLAINTIFFS' MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**May 23, 2016**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.

- Last Day to file ADR Certificate signed by Parties and Counsel.

- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**May 30, 2016**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

- Last Day to File Magistrate Consent Form

4                                                                         Case No. 16-CV-00343 NC

PLAINTIFFS' MOTION TO CONTINUE INITIAL CMC AND ALL ASSOCIATED DEADLINES

1  **June 13, 2016**

2  • Initial Case Management Conference in 10:00 AM in Courtroom 7, 4th Floor, San Francisco.

4  IT IS SO ORDERED.

8  DATED:   April 14, 2016         By: 

                                        5                                      Case No. 16-CV-00343 NC

PLAINTIFFS' MOTION TO CONTINUE INITIAL CMC AND ALL ASSOCIATED DEADLINES